[Civ. No. 13513.   Second Dist., Div. Two.   Mar. 25, 1942.]

CORA L. WILLIAMS DUVALL, Appellant, v. FIRST BAPTIST CHURCH OF VAN NUYS (a Religious Corporation), Respondent.

Henry Walleck for Appellant.

Hitchcock, Cook & Obegi for Respondent.

THE COURT.—The respondent having filed its motion to dismiss the appeal in the above entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by said certificate and by the authorities cited,

It is hereby ordered that this appeal be, and it hereby is, dismissed.

[Civ. No. 13520.   Second Dist., Div. Two.   Mar. 25, 1942.]

BENITO MACIOS GALVAN et al., Appellants, v. EDWIN W. BARNETT et al., Respondents.

Samuel Mirman and Samuel Rubenstein for Appellants.

Frank Karr, E. E. Morris, C. W. Cornell, O. O. Collins and Randolph Karr for Respondents.

THE COURT.—The respondents having filed their motion to dismiss the appeal in the above entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by said certificate and by the authorities cited.

It is hereby ordered that this appeal be, and it is, hereby dismissed.